

MIED (Rev. 03/11) Prisoner Civil Rights Complaint



| Official Use Only | | Case:2:15-cv-13009 |
|---|---|---|
| **Case Number** | **Judge** | Judge: Steeh, George Caram<br>MJ: Whalen, R. Steven<br>Filed: 08-19-2015 At 09:24 AM<br>PRIS DIANE LEWIS V ST. JOHN'S<br>HOSPITAL, ET AL (LG) |

## PRISONER CIVIL RIGHTS COMPLAINT

*This form is for use by state prisoners filing under 42 U.S.C. § 1983 and federal prisoners filing pursuant to Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971).*

### Plaintiff's Information

| **Name** | Diana L. Lewis | **Prisoner No.** | 390410 |
|---|---|---|---|

**Place of Confinement**  Women's Huron Valley Correctional Facility

| **Street** 3201 Bemis Road | **City** Ypsilanti | **State** Mi | **Zip Code** 48197 |
|---|---|---|---|

Are there additional plaintiffs?   ☐ Yes   ☒ No

*If yes, any additional plaintiffs to this action should be listed on a separate 8½" x 11" sheet of paper and securely attached to the back of this complaint. You must provide names, prisoner numbers and addresses for all plaintiffs.*

### Defendant's Information

| **Name** St. John's Hospital | **Position** |
|---|---|

| **Street/P.O. Box** 22101 Moross | **City** Detroit | **State** Mi | **Zip Code** 48236 |
|---|---|---|---|

Are you suing this defendant in his/her:   ☐ Personal Capacity   ☒ Official Capacity   ☐ Both Capacities

Are you suing more than one defendant?   ☒ Yes   ☐ No

*If yes, any additional defendants to this action should be listed on a separate 8½" x 11" sheet of paper and securely attached to the back of this complaint. You must provide their names, positions, current addresses and the capacity (personal, official or both) in which you are suing them.*

1



ADDITIONAL DEFENDANTS

Name                          Position
Marisa A Soave PA             Resident

Steeet                        City          State        Zip
22101 Moross                  Detroit       Mi           48236

I am suing ███████              in professional capacity


Name                          Position
Jan L Mourelatos MD           Doctor

Street                        City          State        Zip
22101 Moross                  Detroit       Mi           48236

I am suing in                     professional capacity

Both are-were employed at St. John's Hospital when I went there
seeking medical treatment for my injured finger.

(3)

MIED (Rev. 03/11) Prisoner Civil Rights Complaint

# I. PREVIOUS LAWSUITS

Have you filed any other lawsuits in state or federal court relating to your imprisonment?

☐ Yes          ☒ No

If "Yes," complete the following section. If "No," proceed to Part II.

Please list all prior civil actions or appeals that you have filed in federal court while you have been incarcerated.

| Docket or Case Number: |
|---|
| Name of Court: |
| Parties (Caption or Name of Case): |
| Disposition: |

| Docket or Case Number: |
|---|
| Name of Court: |
| Parties (Caption or Name of Case): |
| Disposition: |

| Docket or Case Number: |
|---|
| Name of Court: |
| Parties (Caption or Name of Case): |
| Disposition: |

*Any additional civil actions should be listed on a separate sheet of 8½" x11" paper and securely attached to the back of this complaint.*

2

## II. STATEMENT OF FACTS

On 9-24-13 I went to the emergency room at St. John's Hospital 22101 Moross Detroit, Mi 48236 (313) 343-3733, I was triaged because I had cut my right index finger on the middle knuckle pretty deep, my finger was bent down and I was unable to move it, this was on my writing hand and I was seeking medical treatment.
I was evaluated by a Dr.Soave who agreed my finger was cut but sent me down to xray for further evaluation as to why I couldn't use my finger. The x-ray was evaluated and dictated by Dr. Mourelatos who didn't find any abnormalities and didn't send me or request further testing. Dr. Soave came back and simply wrapped my finger with guaze, gave me something for the pain and a prescription for an antibiotic and my discharge instructions.
I was ' led to believe if I followed their instructions that my finger would heal back to normal as all they said it was,was a laceration to my finger.

My finger healed on the outside,yet I still couldn't move it yet.Because I trusted the Doctors from St. John's I thought the inside of my finger was just taking longer to heal, after all they "didn't" find any abnormalities.
Then I accidentilly hit my finger, as it was awkward,while cleaning my friend's house and the skin broke open and the pain was unbarable and I knew my finger wasn't right. So my friend took me to the emergency room at McLaren General Hospital,1000 Harrington Mt. Clemens, Mi 48043 (810) 493-8000. I was triaged, then examined by a group of student Doctors who said they had never seen anything like it, then the two top Ostio Doctors came to me telling me that I would be admitted for emergency surgery. After explaining to them what happened and x-rays, and other testing I was told that the reason my finger never healed was that when I originally cut it the tendon was also severed and when I went to St. John's for treatment they should have found that. Because they (St. John's) missed my tendon being severed,my finger was never given the chance to heal properly. And what happened was that my bone above the joint and my joint rubbed together so much that I got a hole in my bone and my joint was rubbing down to nothing. The Doctors weren't even sure if they could save my finger and they did but even after stitches and stints and pins to hold my finger together,my finger is a deformity and I don't even know if my tendon can ever really be fixed right,because it has shrunk and is twisting my finger still. My finger is usless now and will be unless I can get some kind of reconstructive/cosmetic surgery. I still cannot bend it and it is stuck in a bent position. And I believe all of this could have been avoided if I had been properly diagnosed and treated when I first  - went to St. John's, and if they can't tell what's wrong that's what they have "further testing" for.My finger also doesn't have the same blood flow and I don't have feeling in it like I do in my other fingers. I have no stamina for writing and have had to learn to do things with another finger or my other hand.

My finger, will never be the same because noone at that hospital took the time to really find out what was wrong with my finger.And I have had to suffer because of it.

5

III  STATEMENT OF CLAIMS

The 8th Amendment to the U.S. Constitution was violated
in the way of cruel and unusual punishment in regards to the
negligent medical care I received on my visit to the emergency
room at St. John's Hospital, Detroit in the care of Marisa Soave PA and
Jan Mourelatos MD
The facts are that when I went in seeking medical treatment,
I ended up with more pain and suffering than I started out with.
I am also now in debt to 2 hospitals, I was unable to hold a
job for quite a while, therefore could not support myself, I
couldn't write with my right hand for almost a year, I had to
teach myself how to do everything I would normally do with my
right hand, now with my left, I suffered a lot of pain and
couldn't even afford my medication. I had to go to St. Vincent
dePaul for food assistance. I will live with my finger in this
deformed state for the rest of my life, unless there is some
hope of reconstructive surgury. I still cannot write for any
real long length of time as the circulation in my finger is
not very good and after awhile my finger goes numb and on top
of my knuckle I have almost no feeling left at all. This will
effect me for the rest of my life.

IV STATEMENT OF RELIEF

I owe hospital bills to two differant hospitals

I was unable to work due to having to have surgery, heal and
waiting for the original injury to heal that never healed due
to not being diagnosed correctly

I need to have more surgery both reconstructive and cosmetic

I am seeking damages for pain and suffering

Also for loss of consortium

Loss of finanial, fimilial and social damages

MIED (Rev. 03/11) Prisoner Civil Rights Complaint

_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct.

Executed (signed) on ___August 5,2015___ (date).

_____
Signature of Plaintiff

Diana L. Lewis

4

# CIVIL COVER SHEET FOR PRISONER CASES

| | | |
|---|---|---|
| **Case No.** 15-13009 | **Judge:** George Caram Steeh | **Magistrate Judge:** R. Steven Whalen |

| **Name of 1st Listed Plaintiff/Petitioner:** | **Name of 1st Listed Defendant/Respondent:** |
|---|---|
| DIANA L. LEWIS | ST. JOHN HOSPITAL |
| **Inmate Number:** 390410 | **Additional Information:** |
| **Plaintiff/Petitioner's Attorney and Address Information:** | |
| **Correctional Facility:**<br>Huron Valley Women's Correctional Facility<br>3201 Bemis Road<br>Ypsilanti, MI 48197<br>WASHTENAW COUNTY | |

**BASIS OF JURISDICTION**
- ☐ 2 U.S. Government Defendant
- ☒ 3 Federal Question

**NATURE OF SUIT**
- ☐ 530 Habeas Corpus
- ☐ 540 Mandamus
- ☒ 550 Civil Rights
- ☐ 555 Prison Conditions

**ORIGIN**
- ☒ 1 Original Proceeding
- ☐ 5 Transferred from Another District Court
- ☐ Other:

**FEE STATUS**
- ☒ IFP *In Forma Pauperis*
- ☐ PD Paid

**PURSUANT TO LOCAL RULE 83.11**

1. **Is this a case that has been previously dismissed?**
   ☐ Yes      ☒ No
   ➤ **If yes, give the following information:**

   Court: _____

   Case No: _____

   Judge: _____

2. **Other than stated above, are there any pending or previously discontinued or dismissed companion cases in this or any other court, including state court? (Companion cases are matters in which it appears substantially similar evidence will be offered or the same or related parties are present and the cases arise out of the same transaction or occurrence.)**
   ☐ Yes      ☒ No
   ➤ **If yes, give the following information:**

   Court: _____

   Case No: _____

   Judge: _____

MIED (Rev. 07/06)  Civil Cover Sheet for Prisoner Cases